UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.                                        CASE NO. 6:25-cv-331-WWB-RMN

**KONTOOR RETAIL, INC.,**
**d/b/a LEE, a foreign for-profit**
**corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ENRIQUE ALVEAR and Defendant KONTOOR RETAIL, INC. d/b/a LEE, hereby give notice that the parties have reached a settlement in this case. The parties respectfully request that the Court stay this case and all deadlines for thirty (30) days to allow the parties time to finalize and execute their settlement agreement and to submit the appropriate dismissal document dismissing this case with prejudice.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 6355 N.W. 36th Street, Ste. 307 |
| Sunrise, FL  33351-7919 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**MORGAN, LEWIS & BOCKIUS LLP**
Counsel for Defendant
600 Brickell Avenue, Suite 1600
Miami, FL  33131-3075
(305) 415-3308
Beth.joseph@morganlewis.com

By: */s/ Beth S. Joseph*
    BETH S. JOSEPH
    Fla. Bar No.:  62952